IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.   4:01cr58-SPM/AK

CHRISTOPHER BERNARD OWENS,

     Defendant.
_____/

**ORDER DENYING MOTION TO APPOINT COUNSEL AND
60(B) MOTION FOR RELIEF FROM JUDGMENT**

THIS CAUSE comes before the Court on Defendant's motion for appointment of counsel to seek relief under the retroactive crack cocaine guideline amendments (doc. 98) and motion for relief from criminal judgment under Rule 60(b) (doc. 99).  For the following reasons, the motions will be denied.

1.   The retroactive crack cocaine guideline amendments have no effect on Defendant's sentencing range because Defendant was subject to a statutory minimum term of life imprisonment.  United States v. Williams, No. 08-12475, 2008 WL 5000148, at *2 (11th Cir. Nov. 26, 2008).  Under the circumstances, appointment of counsel is not warranted.

2.   Rule 60(b) is a rule of civil procedure that does not apply to

criminal cases.  United States v. Potts, No. 07-14599, 2008 WL 4898438 (11th Cir. Nov. 14, 2008).  The Court lacks jurisdiction to grant Defendant relief under Rule 60(b) from the judgment entered in his criminal case.

Accordingly, it is

ORDERED AND ADJUDGED that the motions (docs. 98 and 99) are denied.

DONE AND ORDERED this 11th day of December, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.  4:01cr58-SPM/AK